**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAMES GIRLEY**                                                                            **PLAINTIFF**
**ADC #112981**

**VS.**                                        **4:20-cv-01173-BRW-JJV**

**SHERI J. FLYNN**                                                                          **DEFENDANT**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by

United States Magistrate Judge Joe J. Volpe.   After carefully considering Mr. Girley's timely

filed objections and making a *de novo* review of the record, I approve and adopt the Proposed

Findings and Recommended Disposition in all respects.

Accordingly, Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice for

failure to state a claim upon which relief may be granted.

Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).[1]

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any

Order adopting these recommendations and the accompanying Judgment would not be taken in

good faith.

IT IS SO ORDERED this 20th day of October, 2020.


Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

---

[1] Title 28 U.S.C. § 1915(g) provides as follows:   "In no event shall a prisoner bring a civil action
or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or
more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in
a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or
fails to state a claim upon which relief may be granted, unless the prisoner is under imminent
danger of serious physical injury."