# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAMES GIRLEY**                                                   **PLAINTIFF**
**ADC #112981**

**VS.**                        **4:20-cv-01173-BRW**

**SHERI J. FLYNN**                                        **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 20th day of October, 2020.


                                                Billy Roy Wilson_____
                                                UNITED STATES DISTRICT JUDGE